FILED

CLERK, U.S. DISTRICT COURT

06/05/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ AP _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FERNANDO GASTELUM, | Case No.: 5:25-cv-00525-KK-SP |
| Plaintiff, | **NOTICE OF INTENT TO CONTINUE** |
| vs. | **AND** |
| CJRE-CLK, LLC | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Pursuant to Court Order, Plaintiff notices his intends to continue prosecuting the ADA action. This notice, however, is supplemented with the Notice of Settlement.

RESPECTFULLY SUBMITTED this 5rd day of June, 2025.

Fernando Gastelum
Pro Se