1  Name: Fernando Gastelum
2  Address: 209 W. 9th Street, Casa Grande, AZ 85122
   Telephone Number: 520-560-0927
3  Email: fernandog8899@gmail.com
4  *Pro se*

FILED
CLERK, U.S. DISTRICT COURT
07/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___mba___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FERNANDO GASTELUM,

        Plaintiff,

vs.

CJRE-CLK, LLC

        Defendant.

Case No.: 5:25-cv-00525-KK-SP

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff dismisses the above cause with prejudice.

RESPECTFULLY SUBMITTED this 3rd day of July, 2025.

_____
Fernando Gastelum
Pro Se

1